1    **TIMOTHY R. GARRISON**
     California State Bar No. 228105
2    **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
     225 Broadway, Suite 900
3    San Diego, California  92101-5030
     Telephone No. (619) 234-8467
4    Email: timothy_garrison@fd.org

5    Attorneys for Mr. Hernandez-Venegas

6

7

8                        UNITED STATES DISTRICT COURT

9                     SOUTHERN DISTRICT OF CALIFORNIA

10   UNITED STATES OF AMERICA,          )    CASE NO. 07MJ2802
                                        )
11             Plaintiff,               )
                                        )
12   v.                                 )    **NOTICE OF APPEARANCE**
                                        )
13   LUIS ALBERTO HERNANDEZ-VENEGAS,    )
                                        )
14             Defendant.               )
                                        )
15   _____  )

16

17           Pursuant to implementation of the CM/EMF procedures in the Southern District of California,

18   Timothy R. Garrison, Federal Defenders of San Diego, Inc., files this Notice of Appearance as counsel in

19   the above-captioned case.

20                                           Respectfully submitted,

21

22   Dated:  December 10, 2007              /s/ *Timothy R. Garrison*
                                            Federal Defenders of San Diego, Inc.
23                                          Attorneys for Defendant
                                            Timothy_Garrison@fd.org
24

25

26

27

28

1

**CERTIFICATE OF SERVICE**

2        Counsel for Defendant certifies that the foregoing is true and accurate to the best information

3    and belief, and that a copy of the foregoing document has been caused to be delivered this day upon:

4        Courtesy Copy to Chambers

5        Copy to Assistant U.S. Attorney via ECF NEF

6        Copy to Defendant

7    Dated:  December 10, 2007                    /s/ *Timothy R. Garrison*
                                                 Federal Defenders of San Diego, Inc.
8                                                225 Broadway, Suite 900
                                                 San Diego, CA  92101-5030
9                                                (619) 234-8467  (tel)
                                                 (619) 687-2666  (fax)
10                                               Timothy_Garrison@fd.org (email)

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2